CULPEPPER IP, PLLC
Kerry S. Culpepper, Bar No. 9837
75-5737 Kuakini Highway, Suite 102
Kailua-Kona, Hawai'i 96740
Telephone: (808) 322-3389
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com

Attorney for Plaintiff
Cook Productions, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| COOK PRODUCTIONS, LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>DOES 4, 5, 12 AND ALEX STEWART,<br><br>    Defendants. | **Case No.: 1:17-cv-00034-ACK-RLP**<br>(Copyright)<br><br>RULE 55(a) REQUEST FOR CLERK TO ENTER DEFAULT AGAINST ALEX STEWART |

REQUEST FOR CLERK TO ENTER DEFAULT AGAINST ALEX
<u>STEWART</u>

TO: CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Fed R. Civ. P. 55(a), Plaintiff Cook Productions, LLC ("Plaintiff")

hereby applies for entry of default by the Clerk of the Court against Defendant

20-001D

ALEX STEWART ("Defendant Stewart").  Defendant Stewart was served by a process server on May 26, 2017 by leaving the summons and amended complaint at his residence with his father. [Doc. # 22].  Defendant Stewart's responsive pleading was due on or before June 16, 2017.  Defendant Stewart has failed to appear or otherwise defend.

For these reasons, Plaintiff request that the Clerk of the Court enter default judgment on all claims plead in the Complaint with regards to Defendant Stewart. Plaintiff will separately file a request under Rule 55(b) for the court to (1) effectuate judgment; (2) determine the amount of damages; (3) establish the truth of any allegation by evidence; or (4) investigate any other matter.

DATED: Kailua-Kona, Hawaii, June 19, 2017.

CULPEPPER IP, PLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff
Cook Productions, LLC

20-001D