UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| COOK PRODUCTIONS, LLC, | ) **Case No.: 1:17-cv-00034-ACK-RLP** |
| Plaintiff, | ) (Copyright) |
| vs. | ) DECLARATION OF COUNSEL |
| DOES 4, 5, 12 AND ALEX STEWART, | ) |
| Defendants. | ) |

DECLARATION OF COUNSEL

KERRY S. CULPEPPER, hereby declares under penalty of law that the following is true and correct:

1. I am an attorney and represent the Plaintiff, I have personal knowledge of the matters stated herein, and this declaration is given in support of Plaintiff's Request for Entry of Default Against Defendant Alex Stewart.

2. I spoke with Defendant Alex Stewart regarding this litigation by telephone or about April 20, 2017.

3. Defendant Alex Stewart was served pursuant to Fed R. Civ. P. 4 on May 26, 2017.

20-001A

4. Defendant Alex Stewart's answer was due on June 16, 2017 pursuant to Fed R. Civ. P. 4.

5. I spoke with Defendant Alex Stewart's father Lawrence Stewart by telephone on June 16, 2017. In that telephone conversation, Lawrence Stewart stated that he had given the documents to his son "quite a while ago".

6. Defendant Alex Stewart has failed to serve or file a pleading or otherwise respond to the complaint within the time prescribed by Fed R. Civ. P. 4 and has given no indication of any intent to appear or respond.

7. Upon information and belief, Defendant Alex Stewart is not a minor or an incompetent person and is not currently in the military service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, June 19, 2017.

                CULPEPPER IP, PLLC

                /s/ Kerry S. Culpepper
                Kerry S. Culpepper

20-001D