CULPEPPER IP, PLLC
Kerry S. Culpepper, Bar No. 9837
75-5737 Kuakini Highway, Suite 102
Kailua-Kona, Hawai'i 96740
Telephone: (808) 322-3389
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com

Attorney for Plaintiff
Cook Productions, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| COOK PRODUCTIONS, LLC,<br><br>                Plaintiff,<br>vs.<br><br>DOES 4, 5, 12 AND ALEX STEWART,<br><br>                Defendant. | **Case No.: 1:17-cv-00034-ACK-RLP**<br>(Copyright)<br><br>PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ALEX STEWART; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBITS 1-8 |

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST
<u>DEFENDANT ALEX STEWART</u>

COMES NOW, Plaintiff COOK PRODUCTIONS, LLC (hereafter: "Plaintiff"), by and through its counsel, respectfully moves that this Court enter a default judgment in Plaintiff's favor for the relief demanded in its First Amended Complaint filed on May 17, 2017, (hereafter: "the Complaint") pursuant to Fed. R.

Civ. P. 55(b)(2) on the grounds that Defendant ALEX STEWART (hereafter: "Defendant") has failed to answer or otherwise defend the Complaint, and Plaintiff is entitled to judgment as a matter of law against Defendant. Plaintiff seeks judgment against Defendant in the amount of $7500, reasonable attorney's fees in the amount of $1575 and Hawaii GET taxes of $65.61 as a final judgment. Plaintiff further seeks injunctive relief permanently enjoining and restraining Defendant from infringing Plaintiff's copyrighted Work. This motion is based upon the Memorandum in Support, the Declaration of Counsel, and the pleadings and record herein.

DATED: Kailua-Kona, Hawaii, July 7, 2017.

CULPEPPER IP, PLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff
Cook Productions, LLC